■ In the Matter of TSULYN A. WESTCHESTER COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DEBORAH A., Appellant. [3 NYS3d 625]—Appeal from an order of the Family Court, Westchester County (Stephanie J. Lammers, Ct. Atty. Ref.), entered January 23, 2014. The order, insofar as appealed from, after a permanency hearing, continued the permanency goal of adoption with regard to the subject child.

Ordered that the order is affirmed insofar as appealed from, without costs or disbursements.

The Family Court's determination that continuing the permanency goal of adoption was in the best interests of the subject child had a sound and substantial basis in the record (*see Matter of Duane S., Jr. [Duane S.]*, 103 AD3d 645 [2013]; *Matter of Acension C.L. [Jesate J.]*, 96 AD3d 1059, 1060 [2012]). Balkin, J.P., Austin, Sgroi and LaSalle, JJ., concur.